FLORENCE MILLER, Respondent, v. JOSEPH PERRONI and IGNAZIO (Also Known as FRANK) LONGOBARDO, Appellants, and THE BROOKLYN UNION GAS COMPANY, Defendant.— Motion for reargument granted and reargument set down for Monday, November 9, 1936. [See *ante*, p. 761.] Motion for a stay granted. Present— Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THOMAS MITCHELL, Respondent, v. SAMUEL FINKELMAN, INC., Appellant.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

MARGARET E. MORGAN, Appellant, v. IRWIN STEINGUT, Substituted in Place and Stead of ANTHONY J. OBERLE, as Receiver of REALTY CONSTRUCTION CORPORATION, Respondent, and CITY REAL ESTATE COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

JAMES MORRISEY, an Infant over Fourteen Years of Age, by SARAH MORRISEY, His Guardian ad Litem, Respondent, v. QUEENS BORO FARM PRODUCTS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, Plaintiff, and NASEEMA SALEEBY, Appellant, v. NAZURA D. SALEEBY, Respondent, and Others, Defendants, Consolidated with NAZERA SALEEBY, Plaintiff-Respondent, v. NASSAU COUNTY TRUST COMPANY, Defendant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Lazansky, P. J., Young, Adel and Taylor, JJ., concur; Hagarty, J., taking no part.

VINCENZO PIAZZA and MARIA PIAZZA, Respondents, v. NATIONAL RESERVE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of BOND AND MORTGAGE GUARANTEE COMPANY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 784.] The following question is certified: Was plaintiff's motion to dismiss the third, fourth, fifth, sixth and seventh defenses and set-offs properly denied? Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NICHOLAS MALAVASSI, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOSEPH ROMANO, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE STODDARD, JR., Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAMSBURGH SAVINGS BANK, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.